**FILED**
Sep 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Name  Antonio Martinez Jr.
Street Address  295 W. Cleveland Ave Apt. D
City and County  Porterville, Tulare
State and Zip Code  Ca. 93257
Telephone Number  559-793-1323

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO MARTINEZ Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BRUCE P.
TONY L.
MARIO

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. 1:22 CV 01137 SKO
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANTONIO MARTINEZ JR
Street Address: 295 W. CLEVELAND AVE APT D
City and County: PORTERVILLE, TULARE
State and Zip Code: CA. 93257
Telephone Number: 559-793-1323

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: BRUCE P
Job or Title (if known): OWNER - PORTERVILLE CITRUS
Street Address: 9289 CLEMENS RD.
City and County: TERRA BELLA, TULARE
State and Zip Code: CA. 93270
Telephone Number: 559-535-2200

Defendant No. 2
Name: TONY L
Job or Title (if known): OWNER - PORTERVILLE CITRUS
Street Address: 9289 CLEMENS RD.
City and County: TERRA BELLA, TULARE
State and Zip Code: CA. 93270
Telephone Number: 559-535-2200

2

Defendant No. 3

    Name **MARIO**

    Job or Title (if known) **SUPERVISOR, PORTERVILLE CITRUS**

    Street Address **9289 CLEMENS RD.**

    City and County **TERRA BELLA, TULARE**

    State and Zip Code **CA. 93270**

    Telephone Number **559-535-2200**

Defendant No. 4

    Name **PORTERVILLE CITRUS INC.**

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

II. **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(850) SECURITIES / COMMODITIES EXCHANGE

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* ANTONIO MARTINEZ, is a citizen of the State of *(name)* CALIFORNIA.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* NO, is incorporated under the laws of the State of *(name)* NO, and has its principal place of business in the State of *(name)* NO.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

HE TOLD ME WHATS IT GOING TO BE I LABEL IT AND HE DID ANOTHER THATS NOT ON THE LABEL

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

STATE THAT PORTERVILLE CITRUS INC. SALES DEPT. TELL'S THE SUPERVISORS TO MIX THE PRODUCT FOR SUNKIST TO COMPLETE THEIR SALES ORDER. THIS IS HOW, ATTACH CLAIM COMPLAINT AND SANDISK VIDEO, PERIODIC,

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I PROGRAM COMPUTER PRINTER FOR LABELS AT PORTERVILLE CITRUS INC AND IS CONTINUING TO MAKE BRAND NAMES PRODUCTS THAT DO NOT HAVE THE CORRECT CONTENT. LABELS I DONE PRECISELY SEEK PUNITIVE MONEY DAMAGES $950,000.00¢

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-7, 20 22

Signature of Plaintiff   *(signed)* (PRO SE)
Printed Name of Plaintiff   ANTONIO MARTINEZ JR.

1 | Your Name    Antonio Martinez Jr.    (PRO-SE)
2 | Address  295 W. Cleveland Ave Apt. D
3 | City, State, Zip Code    Porterville, Ca. 93257
4 | Telephone Number    559-793-1323
5 |
6 |             IN THE UNITED STATES DISTRICT COURT
7 |                 EASTERN DISTRICT OF CALIFORNIA
8 | Your Name,  Antonio Martinez Jr.    ( PRO-SE )
9 |         Plaintiff,
10 | vs.                              No.
11 | Defendants in the Complaint,
12 |        Defendant(s).             COMPLAINT
13 | PORTERVILLE CITRUS INC.,
14 |               MAKING THIS PRODUCT BRAND SUNKIST
15 | CONSUMER SIZE72 LOT299, I ANTONIO EXPECTED AND A REQUIRE-
16 | MENT FOR CONTENTS, GRADE VARIETY SUNKIST NAVEL ORANGES.
17 |               INSTEAD PORTERVILLE CITRUS INC.
18 | worker (MARIO) decided to use for CONTENTS, GRADE VARIETY
19 | CHOICE NAVEL ORANGES WITH A SKCHOICE LATE STICKER on the
20 | choice navel oranges, These are for EXPORT. THIS PRODUCT
21 | BRAND SUNKIST CONSUMER IS DOMESTIC.
22 |               PROGRAM THE COMPUTER PRINTER LABEL
23 | SUNKIST, CONSUMER SIZE72 LOT299, thats what (MARIO) said
24 | their packing, HE LIED TO ME AS WELL AS HUMILIATED ME IT
25 | HURTED, I FELT IT DESTRUCTIVELY.
26 |               THIS COMPANY INTENTIONALLY USED THE

(WRONG) citrus food fruit, Navel Oranges. UNDER STATE AND FEDERAL LAW, You need to be ACCURATE with Each LABEL on the Boxes. PUT THE WRONG CONTENTS, THIS IS WRONGFUL, I would have (NOT) VIDEO TAPE this if you were Honest, Instead YOU LIED,

SHIPPING AND SELLING IT THIS WAY, you do this to PROFIT MORE MONEY, because sunkist is more EXPENSIVE higher price than choice, is a CHEAPER price to PURCHASE, of these PRODUCTS.

COMPANY WORKERS told me, we been doing this off and on, i ask why because thats the way they are, as i (ANTONIO) got along with (MARIO) AND DID NOT GET ALONG WITH HIM, WHILE MAKING THESE PRODUCTS.

PORTERVILLE CITRUS INC. needs to (STOP) doing business, THEY tell me packing and making SUNKIST CONSUMER NAVEL ORANGES, SO I ANTONIO PROGRAM THE COMPUTER LABEL PRINTER; INSTEAD THEY PUT SK-CHOICE NAVEL ORANGES FOR (CONTENT) INSIDE THE BOXES, IS WRONGFUL A VIOLATION OF THE LAW OR LAWS. ( THE WRONG ORANGES ). NOT GETTING WHAT YOUR PAYING FOR. THIS OCCUR ON 3-17-20

PLAINTIFF- SIGN _____ (PRO SE)

DATE 9-7-22  SECURE MYSELF VIDEO 6-12 SANDISK G

(STATE) - WRONGFUL BREACH, STATE AND FEDERAL COMPILANCE WHICH RELIEF BE OBTAINED IN THE FORM OF DAMAGES,(PERIODIC). (TORT). UNFIT COMPANY.

ASKING FILING FEES$402.00



